UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSHUA WAYNE BEVILL, | § | |
|     Movant, | § | |
| | § | |
| v. | § | No. 3:16-cv-3152-B (BT) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

A magistrate judge issues findings and conclusions, recommending a disposition intended to support a district judge's ruling. 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). By statute, a party can file objections within 14 days after being served with a copy of the magistrate judge's ruling. Fed. R. Civ. P. 72(a); *see also* 28 U.S.C. § 636(b)(1)(C). If a timely objection is not filed, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note. Following its review of the recommendation, a district court can either accept, reject, or modify the magistrate judge's recommended disposition; receive further evidence; or return the case to the magistrate judge with further instructions. Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

The Magistrate Judge issued her Findings, Conclusions, and Recommendation on May 19, 2022. (Doc. 62.) On June 6, 2022, the Court received Movant's objections. (Doc. 63.) The Court has reviewed the objections and concludes they fail to raise a meritorious

argument. Therefore, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**SO ORDERED** this 15th day of June, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE